■ The People of the State of New York, Respondent, v Nathaniel Wilson, Appellant. [872 NYS2d 664]—Order, Supreme Court, New York County (Bruce Allen, J.), rendered on or about September 27, 2007, unanimously affirmed.

■ The People of the State of New York, Respondent, v Edward Wilson, Appellant. [872 NYS2d 664]—Appeal from a judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered July 12, 2007, unanimously withdrawn

in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Tom, J.P., Saxe, McGuire, Moskowitz and Freedman, JJ.